UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**LILLIAN RIVERA CEDENO**
**Plaintiff**

    v.

**STATE INSURANCE FUND CORP.**
**Defendants**

CIVIL NO.: 05-1775(DRD)

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/11/05<br>[X] **Plff**     [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION IN REQUEST OF DISMISSAL WITHOUT PREJUDICE<br><br>**DOCKET NO. 3** | **GRANTED**. Plaintiff in the instant case filed a notice of voluntary dismissal. They request the Court dismiss the herein complaint. Understanding that Fed.R.Civ.P. 41(a)(1) authorizes plaintiffs to request a voluntary dismissal by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, and that defendant herein have done neither, the Court hereby **GRANTS** plaintiffs' request and **DISMISSES WITHOUT PREJUDICE** all claims against defendants.<br><br>Judgment will be issued accordingly. |

**Date**: April 10, 2006

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**